IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br>　　　　　Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA), INC. and ZTE (TX), INC.,<br>　　　　　Defendants. | §<br>§<br>§　C.A. NO. 6:20-cv-00491-ADA<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants ZTE Corporation, ZTE (USA), Inc. and ZTE (TX), Inc., (collectively "ZTE"), notify the Court and the parties of the appearance of Lionel M. Lavenue as counsel on its behalf. Defendants respectfully request that Mr. Lavenue, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED: November 5, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/Lionel M. Lavenue
　　　　　　　　　　　　　　　　　　　　　Lionel M. Lavenue
　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 49,005
　　　　　　　　　　　　　　　　　　　　　lionel.lavenue@finnegan.com
　　　　　　　　　　　　　　　　　　　　　**FINNEGAN, HENDERSON, FARABOW,**
　　　　　　　　　　　　　　　　　　　　　**GARRETT & DUNNER, LLP**
　　　　　　　　　　　　　　　　　　　　　1875 Explorer Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　Reston, VA 20190
　　　　　　　　　　　　　　　　　　　　　　Phone:　(571) 203-2700
　　　　　　　　　　　　　　　　　　　　　　Fax:　　(202) 408-4400

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　ZTE Corporation
　　　　　　　　　　　　　　　　　　　　　ZTE (USA), Inc.
　　　　　　　　　　　　　　　　　　　　　ZTE (TX), Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 5, 2020.

/s/Lionel M. Lavenue
Lionel M. Lavenue