# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br>　　　　　*Defendants*. | §§§§§§§§§§§ C.A. NO. 6:20-cv-00491-ADA |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSIONS

Before the Court is Defendants ZTE Corporation's, ZTE (USA) Inc.'s and ZTE (TX), Inc.'s, (collectively "ZTE"), Unopposed Motion to Extend the respective party deadlines in view of WSOU's November 6, 2020 filings (Dkt Nos. 34-37). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that:

To the extent necessary, and not eventually deemed moot by the parties, ZTE's deadlines to file replies on transfer for convenience are extended to November 20, 2020.

ZTE's deadlines to respond to the Amendment Complaint (with a new Motion to Dismiss or otherwise), in view of the Amended Complaint, Dkt No. 36 (supplemented by Dkt. No. 37), are extended to December 4, 2020.

WSOU's deadlines to file responses to the new Motions to Dismiss, are extended to January 8, 2021.

SIGNED AND ENTERED this _____ day of _____, 2020.

                                                              _____
                                                              ALAN D. ALBRIGHT
                                                              UNITED STATES DISTRICT JUDGE