# EXHIBIT B

6500 River Pl Blvd



Image capture: Apr 2019 © 2020 Google

Austin, Texas

 Google

Street View

