# EXHIBIT C

# Taxable Entity Search Results

for the search string : WSOU Investments

ions about the search results, send an email to tax.help@cpa.texas.gov. or call 1-800-252-1386.

## Franchise Tax Account Status
As of : 12/03/2020 12:42:24

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| Name | WSOU INVESTMENTS, LLC |
| Taxpayers ID# | 32073004080 |
| Zip | 76701 |

| | |
|---|---|
| | WSOU INVESTMENTS, LLC |
| Texas Taxpayer Number | 32073004080 |
| Mailing Address | 605 AUSTIN AVE STE 6 WACO, TX 76701-2050 |
| Right to Transact Business in Texas | ACTIVE |
| State of Formation | DE |
| Effective SOS Registration Date | 01/07/2020 |
| Texas SOS File Number | 0803511650 |
| Registered Agent Name | CAPITOL CORPORATE SERVICES, INC |
| Registered Office Street Address | 206 E 9TH STREET, STE. 1300 AUSTIN, TX 78701 |