# EXHIBIT D

# ZTE (TX) INC.

**35640 Fremont Blvd #418, Fremont, CA 94536**

November 25, 2020

Travis Central Appraisal District
8314 Cross Park Dr, Austin
TX 78754, OH 45999-0023

Re : ZTE TX Inc. (Property ID : 841678)

Dear Sir/Madam,

ZTE TX Inc. closed its business located at 7000 N. MO-PAC Expressway 200, Austin, TX 78731 on 08/31/2018. All the employees were terminated, and all the business property were disposed. The Company continued to file 2019 and 2020 business property tax by mistake. Please see the attached updated rendition form and please help update our record and refund all the property tax paid by mistake.

If you need more information, please kindly contact me at 406-865-5281.

Very truly yours,

Chao Shan
Vice President, HR and Administration
shan.chao@ztetx.com

**TRAVIS CENTRAL APPRAISAL DISTRICT**
8314 Cross Park Dr.
P.O. BOX 141864
Austin, Texas 78714-1864

**For Assistance call (512)834-9317**
**TDD (512) 836-3328**
**WWW.TRAVISCAD.ORG**

## CONFIDENTIAL Business Personal Property
### Rendition of Taxable Property FOR January 1, 2020

This document and all supporting documentation must be filed with the appraisal district office in the county in which the property is taxable. Do not file this document with the Comptroller of Public Accounts.  Contact information for appraisal district offices may be found on the Comptroller's website.

### STEP 1: Business Name, Owner Address, Phone, Physical Location or Situs (Required)

Owner Name and Mailing Address

ZTE TX Inc
PO Box 2026
Arcadia, CA 91077-2026

Business Name:  ZTE TX Inc,

Business Location 7000 N. MO-PAC Expressway 200, Austin, TX 78731

Property ID: **841678**

REF ID: **00008416780000**

shan.chao@ztetx.com

Email Address:
Telephone (area code): **469-865-5281**
Ownership Type (Optional): **corporation**

### STEP 2: Representation

Please indicate if you are filling this out as:
☐ Owner, employee, or employee of an affiliated entity of the owner    ☐ Authorized Agent    ☐ Fiduciary    ☐ Secured Party

Name of Owner, Authorized Agent, Fiduciary, or Secured Party

Present Mailing Address, City, State, Zip Code

Phone (area code and number)

Are you a secured party with a security interest in the property subject to this rendition and with a historical cost new of more than 50,000 as defined by the Tax Code
Section 22.01 (c-1) and (c-2)? _____    Yes ☐    No ☐
If Yes, you must attach a document signed by the property owner indicating consent for you to file the rendition. Without the authorization, the rendition is not valid and cannot be processed.

### STEP 3: Affirmation of Prior Year Rendition (Check only if applicable and your assets were exactly the same as last year's rendition form.)

☐ By checking this box, I affirm that the information contained in the most recent rendition statement filed for a prior tax year (the _____ tax year) continues to be complete and accurate for the current tax year.

### STEP 4: Business Information (Optional)

Please address all that apply.
Business type: ☐ Manufacturing    ☐ Wholesale    ☐ Retail    ☒ Service    ☐ New Business

R&D Service
Business Description                                                                 N/A

08/24/2015
Business Sold Date                    Business Start Date at Location         Square Feet Occupied

New Owner                                                                          Sales Tax Permit Number

Business Moved Date
08/31/2018    see the attachehd explanation

New Location                     City, State Zip Code               Business Closed Date
Did assets remain in place as of Jan.1?  ☐ Yes  ☒ No    ☒ The business owned no taxable assets in this county as of Jan. 1

### STEP 5: Market Value

Check the total market value of your property    ☐ Under $20,000    ☐ $20,000 or more
If you checked Under $20,000, please complete only Schedule A and if applicable, Schedule D. Otherwise complete Schedule(s) B, C, E, F and/or D, whichever are applicable.

When required by the chief appraiser, you must render any taxable property that you own or manage and control as a fiduciary on Jan. 1 [Tax Code Section 22.01(b)]. For this type of property, complete Schedule(s) A, B, C, D, E and/or F, whichever are applicable.

When required by the chief appraiser, you must file a report listing the name and address of each owner of taxable property that is in your possession or under your management on Jan. 1 by bailment, lease, consignment or other arrangement [Tax Code Section 22.04(a)]. For this type of property, complete Schedule D.

### STEP 6: Sign and Date Form

This form must be signed and dated. By signing this document, you attest that the information contained on it is true and correct to the best of your knowledge and belief. If you are a secured party, property owner, an employee of the property owner or an employee of a property owner on behalf of an affiliated entity of the property owner, print, sign and date on the lines below.  No  notarization is required.

print here ➤  chao shan          sign here ➤ _____    Date 11.25.2020

If you are not a secured party, property owner, an employee of the property owner or an employee of a property owner on behalf of an affiliated entity of the property owner, print, sign and date on the lines below. Notarization is required.  I swear that the information provided on this form is true and correct to the best of my knowledge and belief.

print here ➤ _____    sign here ➤ _____    Date _____

Subscribed and sworn before me this _____ day of _____, 20 ____

Notary Public, State of Texas

**If you make a false statement on this form, you could be found guilty of a Class A misdemeanor or a state jail felony under Penal Code Section 37.10.**