IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § | C.A. NO. 6:20-cv-00487-ADA<br>C.A. NO. 6:20-cv-00488-ADA<br>C.A. NO. 6:20-cv-00489-ADA<br>C.A. NO. 6:20-cv-00490-ADA<br>C.A. NO. 6:20-cv-00491-ADA<br>C.A. NO. 6:20-cv-00492-ADA<br>C.A. NO. 6:20-cv-00493-ADA<br>C.A. NO. 6:20-cv-00494-ADA<br>C.A. NO. 6:20-cv-00495-ADA<br>C.A. NO. 6:20-cv-00496-ADA<br>C.A. NO. 6:20-cv-00497-ADA |
|---|---|---|
| *Plaintiff*, | | |
| v. | | |
| ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC., | | |
| *Defendants*. | | |

## [PROPOSED] DEFENDANTS' MOTION TO STAY, OTHER THAN VENUE PROCEEDINGS

This cause came before the Court upon Defendants' Motion to Stay, other than Venue, the Proceedings Pending Proper Venue. The Court having considered the Motion, the authorities cited therein, and any response thereto, finds that the Motion should be GRANTED.

It is therefore ORDERED that all case activity unrelated to the improper venue analysis is stayed until a decision on the Motion to Dismiss is rendered. Dkt. No. 47.

IT IS SO ORDERED.

SIGNED AND ENTERED this _____ day of _____, 2020.

                                                                         _____
                                                                         ALAN D. ALBRIGHT
                                                                         UNITED STATES DISTRICT JUDGE