# EXHIBIT 37

**EXHIBIT 37 – Modified EXHIBIT 25 with First Amended Final Infringement Contention Proposed New Devices**

| Case | Asserted Patent | Charted Product | Uncharted Accused Products | | | |
|---|---|---|---|---|---|---|
| | | | Preliminary Infringement Contentions | Final Infringement Contentions[1] | April 28 2022 Additions | Untimely First Amended Final Infringement Contention Additions |
| 6:20-cv-00487 | 8,451,839 | ZTE ZXR10 5900 Series | ZXR10 5916E 5938E 5928E-FI 5952E ZXSDR BS8700 ZXSDR BS8800 ZXSDR BS8906 | | | ZXR10 5928E ZXR10 5250-12TC ZXR10 5250-12PC ZXR10 5250-28TC ZXR10 5250-52TC ZXR10 5250-28PC ZXR10 5250-52PC ZXR10 5250-28PM ZXR10 5250-52PM ZXR10 5250-28SM ZXR10 2910E ZXR10 2928E ZXR10 2928E-PS ZXR10 2952E ZXR10 5260-28PD-H ZXR10 5260-52PD-H ZXR10 3928A ZXR10 3928A-PS ZXR10 3928A-FI ZXR10 3952A |
| 6:20-cv-00488 | 7,489,929 | ZTE ZXR10 5900 Series | ZTE ZXSDR BS8800 ZXSDR BS8900A ZXSDR 8900B | | | BS8906 BS8920 ZTE LTE BeamHop Solution ZTE A8808 |

---

[1] ZTE contests these as untimely served.

| | | | ME3630<br>ZM8620<br>MF279<br>Axon 10 Pro<br>Blade 10<br>Blade 10 Prime<br>Blade A7 Prime<br>Blade Vantage 2<br>Gabb Z1<br>Visible R2<br>ZFIVE G LTE<br>Avid 4<br>Overture 3<br>Blade X<br>Maven 3<br>Blade Z<br>Blade X Max<br>ZXR10 5250 series<br>ZXR10 2900 series<br>Macro Base Station | | | |
| 6:20-cv-00489 | 7,487,240 | ZTE NetNumen U31 | | | NetNumen N31<br>NetNumen M31 | |
| 6:20-cv-00490 | 8,179,960 | ZTE Axon 10 Pro | | Axon 30 Ultra | | Voyage 30S 5G<br>Blade V2022 4G<br>Blade V40 Pro<br>Blade A52<br>Blade A72<br>Blade A72 5G<br>Axon 41 Ultra 5G Ultimate Edition<br>Axon 41 Ultra 5G<br>Axlon 41 5G |

| | | | | | | Blade V40 Vita |
|---|---|---|---|---|---|---|
| | | | | | | Axon 40 Ultra |
| | | | | | | Axon 40 Pro |
| | | | | | | Voyage 20 Pro |
| | | | | | | Libero 5G II |
| | | | | | | Blade A31 Plus |
| | | | | | | Axon 31 Ultra 5G |
| | | | | | | Axon 31 5G |
| | | | | | | Axon 31 Pro 5G |
| | | | | | | Axon 30 Ultimate Edition |
| | | | | | | Axon 30 5G |
| | | | | | | Blade A31 |
| | | | | | | Blade V30 Vita |
| | | | | | | Blade V30 |
| | | | | | | Blade A3 Joy |
| | | | | | | Blade A31 Lite |
| | | | | | | Blade A51 Lite |
| | | | | | | Blade A51 |
| | | | | | | Blade A71 |
| | | | | | | Blade 11 Prime |
| | | | | | | Axon 30 Pro |
| | | | | | | Axon 30 Ultra |
| | | | | | | S30 SE |
| | | | | | | S30 |
| | | | | | | S30 Pro |
| | | | | | | Blade X1 |
| | | | | | | Blade X1 5G |
| | | | | | | Blade V2021 5G |
| | | | | | | Axon 20 5G Extreme Edition |
| | | | | | | Blade 20 Pro 5G |
| | | | | | | Axon 20 4G |
| | | | | | | Blade 20 5G |
| | | | | | | Blade A3Y |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Blade V2020 5G |
| | | | | | | Axon 20 5G |
| | | | | | | Blade V2020 |
| | | | | | | Avid 579 |
| | | | | | | Avid 589 |
| | | | | | | Blade A3 Prime |
| | | | | | | Axon 11 SE |
| | | | | | | a1 |
| | | | | | | Axon 11 5G |
| | | | | | | Blade A3 2020 |
| | | | | | | Axon 10s Pro 5G |
| | | | | | | Blade A5 2020 |
| | | | | | | Blade A7 2020 |
| | | | | | | Blade A7 Prime |
| | | | | | | Blade 10 Prime |
| | | | | | | Blade 20 Smart |
| | | | | | | Blade A7s |
| | | | | | | Blade A5 |
| | | | | | | Axon 10 Pro |
| | | | | | | Blade A7 Helio P60 |
| | | | | | | Blade A7 |
| | | | | | | Blade A3 2019 |
| | | | | | | Z557 |
| | | | | | | Blade V10 Vita |
| | | | | | | Blade V10 |
| | | | | | | Axon 10 Pro 5G |
| | | | | | | Visible R2 |
| | | | | | | Blade A622 |
| | | | | | | Blade Max2s |
| | | | | | | Blade Max View |
| | | | | | | Blade X2 Max |
| | | | | | | Blade A7 Vita |
| | | | | | | Blade A4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Axon 9 Pro<br>V9<br>A530<br>Small Fresh 5s<br>Blade V8Q<br>ZFive G LTE<br>Blade A6 Max<br>Blade V9 Vita<br>Tempo Go<br>Blade A606<br>Majesty Pro Plus<br>Blade A520C<br>Blade V9<br>Avid 4<br>Fanfare 3<br>Blade A330<br>Overture 3<br>Blade V8C<br>Blade A3 (2017)<br>Blade X<br>Axon M<br>Zpad 8<br>Blade Force<br>Tough Max 2<br>Blade Vantage<br>Blade Vantage 2<br>Prelude+<br>Tempo X<br>Libero 2<br>Blade A6 Premium<br>Blade A6 Lite<br>Blade A6<br>Blade A2S |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Maven 3 Blade A521 Blade Z Max Z982 Grand X View 2 Blade Spark Small Fresh 5 V870 Max Blue LTE Jasper LTE Majesty Pro ZFive 2 LTE Blade X Max Max XL Axon 7S Avid 916 Zmax Grand LTE Blade Max 3 ZMax Champ ZFive L LTE Prestige 2 Blade A602 Blade A612 Blade A520 Blade V8 Lite Blade V8 Mini Hawkeye Blade V8 Blade V8 Pro Blade V7 Plus Blade A610 Plus Voyage 4S Blade Velocity Avid Trio |

| | | | | | | Axon 7 Premium |
|---|---|---|---|---|---|---|
| | | | | | | A610c |
| | | | | | | Grand X 4 |
| | | | | | | Blade A210 |
| | | | | | | Cymbal-T |
| | | | | | | Axon 7 Max |
| | | | | | | Tempo |
| | | | | | | A112 |
| | | | | | | Blade A2 Plus |
| | | | | | | Warp 7 |
| | | | | | | Blade A512 |
| | | | | | | Citrine LTE |
| | | | | | | Axon 7 mini |
| | | | | | | Blade A462 |
| | | | | | | Maven 2 |
| | | | | | | Zmax Pro |
| | | | | | | Sonata 3 |
| | | | | | | Small Fresh 4 |
| | | | | | | Blade A910 |
| | | | | | | Blade A506 |
| | | | | | | Blade A515 |
| | | | | | | Max Duo LTE |
| | | | | | | Blade A601 |
| | | | | | | Blade A610 |
| | | | | | | Voyage 4 |
| | | | | | | Blade A310 |
| | | | | | | Blade E01 |
| | | | | | | Blade A2 |
| | | | | | | Blade A510 |
| | | | | | | Axon 7 |
| | | | | | | Grand X Max 2 |
| | | | | | | Imperial Max |
| | | | | | | Blade V7 Max |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Blade A813 |
| | | | | | | Blade D2 |
| | | | | | | Blade V7 Lite |
| | | | | | | Blade V7 |
| | | | | | | Blade V580 |
| | | | | | | Blade V Plus |
| | | | | | | Blade D Lux |
| | | | | | | Avid Plus |
| | | | | | | Grand X 3 |
| | | | | | | Chat 4G |
| | | | | | | Voyage 3 |
| | | | | | | Blade A1 |
| | | | | | | Blade A475 |
| | | | | | | Blade A465 |
| | | | | | | Small Fresh 3 |
| | | | | | | Blade A570 |
| | | | | | | Blade X9 |
| | | | | | | Blade X5 |
| | | | | | | Blade X3 |
| | | | | | | Axon Max |
| | | | | | | Axon Mini Premium Edition |
| | | | | | | Prestige |
| | | | | | | Axon |
| | | | | | | Blade S7 |
| | | | | | | Blade V2 |
| | | | | | | Grand X 2 |
| | | | | | | 3C |
| | | | | | | Axon Mini |
| | | | | | | Blade A452 |
| | | | | | | ZMax 2 |
| | | | | | | Axon Elite |
| | | | | | | Blade V6 |
| | | | | | | Warp Elite |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Obsidian<br>Blade A410<br>V3 Youth<br>V3 Energy<br>V3 Extreme Edition<br>Axon Lux<br>Blade D6<br>Axon Pro<br>Blade A460<br>Blade Apex3<br>Maven<br>Blade Q Lux 4G<br>Lever<br>Overture 2<br>Q519T<br>B880<br>Blade A476<br>Fit 4G<br>Blade V2 Lite<br>Blade Q+<br>Blade A450<br>Grand S3<br>Q7-C<br>Q508U<br>Telstra Evolution T80<br>Blade A430<br>Q2S-T<br>Blade S6 Plus<br>Imperial II<br>Blade S6 Lux<br>Blade S6<br>Blade S6 TD-LTE<br>Grand X Max+ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | G720T<br>Quest 5<br>Grand X Plus<br>Speed<br>Star 2<br>V5S<br>V5 Max<br>A880<br>Q802D<br>ZMax<br>Compel<br>Warp Sync<br>Blade Apex2<br>Blade Vec 4G<br>Star 1<br>Gabb Z1<br>Grand Memo II LTE |
| 6:20-cv-00491 | 8,730,905 | ZTE Axon 10 Pro | AT&T Velocity 2<br>MF923<br>Z915<br>Z700A<br>ZXWE A5224<br>ZXHN F2867S | Axon 30 Ultra | ZTE MF279<br>ZTE MF971<br>ZTE Falcon<br>Z917<br>ZTE ZMAX<br>Connect MF928 | Voyage 30S 5G<br>Blade V2022 4G<br>Blade V40 Pro<br>Blade A72 5G<br>Axon 41 Ultra 5G Ultimate Edition<br>Axon 41 Ultra 5G<br>Axon 41 5G<br>Axon 40 Ultra<br>Axon 40 Pro<br>Voyage 20 Pro<br>Libero 5G II<br>Axon 31 Ultra 5G<br>Axon 31 5G<br>Axon 31 Pro 5G<br>Axon 30 Ultimate Edition |

| | | | | | | Axon 30 5G |
|---|---|---|---|---|---|---|
| | | | | | | Blade V30 Vita |
| | | | | | | Blade V30 |
| | | | | | | Blade 11 Prime |
| | | | | | | Blade X1 5G |
| | | | | | | Axon 30 Pro |
| | | | | | | Axon 30 Ultra |
| | | | | | | S30 SE |
| | | | | | | S30 |
| | | | | | | S30 Pro |
| | | | | | | Blade X1 |
| | | | | | | Blade V2021 5G |
| | | | | | | Axon 20 5G Extreme Edition |
| | | | | | | Blade 20 Pro 5G |
| | | | | | | Axon 20 4G |
| | | | | | | Blade 20 5G |
| | | | | | | Blade A3Y |
| | | | | | | Blade V2020 5G |
| | | | | | | Axon 20 5G |
| | | | | | | Blade V2020 |
| | | | | | | Blade A3 Prime |
| | | | | | | Axon 11 SE |
| | | | | | | a1 |
| | | | | | | Gabb Z2 |
| | | | | | | Blade 10 unlocked |
| | | | | | | Axon 11 5G |
| | | | | | | Axon 10s Pro 5G |
| | | | | | | Blade A7 Prime |
| | | | | | | Blade 10 Prime |
| | | | | | | Axon 10 Pro |
| | | | | | | Axon 10 Pro 5G |
| | | | | | | Blade Max View |
| | | | | | | Axon 9 Pro |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Axon M<br>Max Blue LTE<br>Max XL<br>Axon 7S<br>Blade Max 3<br>Hawkeye<br>Blade V8 Pro<br>Axon 7 Premium<br>Axon 7 mini<br>Axon 7<br>Axon Max<br>Axon Mini Premium Edition<br>Axon<br>Axon Mini<br>Axon Elite<br>Axon Lux<br>Axon Pro<br>Grand S3<br>Blade S6<br>Grand S II CDMA<br>Grand S Pro<br>Grand Memo II LTE<br>Grand S II LTE |
| 6:20-cv-00493 | 9,294,060 | ZTE Axon 10 Pro | Axon M<br>Axon 7<br>Qualcomm Snapdragon X12 LTE Modem<br>Qualcomm Snapdragon X16 LTE Modem | Axon 30 Ultra | ZTE Nubia Z17 miniS<br>ZTE Nubia Z17 Lite<br>Blaze Z Max<br>Blade Force<br>ZTE Nubia M2<br>ZTE Nubia M2 Play<br>ZTE Nubia Z17 | ZTE Axon 30 Ultra<br>ZTE Blade A7 Vita<br>ZTE Blade X<br>ZTE Blade Force<br>ZTE Blade A6<br>ZTE Blade V8<br>ZTE Blade V8 Mini<br>ZTE Blade Z Max<br>ZTE Max XL<br>ZTE Nubia N3 |

| | | | Qualcomm Snapdragon X20 LTE Modem Qualcomm Snapdragon X24 LTE Modem | | ZTE Max XL ZTE Nubia Z17 mini ZTE Grand X4 ZTE Nubia Z17s | ZTE Nubia M2 ZTE Nubia M2 Play ZTE Nubia Z17 ZTE Nubia Z17 miniS ZTE Nubia Z17 mini ZTE Nubia Z17s ZTE Axon 9 Pro ZTE Nubia Red Magic Mars ZTE Nubia X ZTE Nubia z18 ZTE Axon 10 Pro 5G ZTE Nubia X 5G ZTE Nubia Red Magic 3 ZTE Nubia z20 Nubia Red Magic 3s ZTE Axon 10s Pro 5g ZTE Cymbal U ZTE Link II ZTE Voyage 30S 5G ZTE Blade V2022 4G ZTE Blade V40 Pro ZTE Blade A52 ZTE Blade A72 ZTE Blade A72 5G Blade V40 Vita ZTE Axon 40 Ultra ZTE Axon 40 Pro ZTE Voyage 20 Pro ZTE Blade A31 Plus ZTE Axon 31 Ultra 5G ZTE Axon 30 5G ZTE Blade A31 ZTE Blade V30 Vita |
|---|---|---|---|---|---|---|

| | | | | | | ZTE Blade V30 |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade A31 Lite |
| | | | | | | ZTE A71 |
| | | | | | | ZTE Blade 11 Prime |
| | | | | | | ZTE Axon 30 Pro |
| | | | | | | ZTE S30 SE |
| | | | | | | ZTE S30 |
| | | | | | | ZTE S30 Pro |
| | | | | | | ZTE Blade X1 |
| | | | | | | ZTE Blade 20 Pro 5G |
| | | | | | | ZTE Axon 20 4G |
| | | | | | | ZTE Blade 20 5G |
| | | | | | | ZTE Blade V2020 5G |
| | | | | | | ZTE Axon 20 5G |
| | | | | | | ZTE Blade V2020 |
| | | | | | | ZTE Avid 579 |
| | | | | | | ZTE Blade A3 Prime |
| | | | | | | ZTE Axon 11 SE |
| | | | | | | ZTE Axon 11 5G |
| | | | | | | ZTE Blade A3 2020 |
| | | | | | | ZTE Blade A5 2020 |
| | | | | | | ZTE Blade A7 Prime |
| | | | | | | ZTE Blade 10 Prime |
| | | | | | | ZTE Blade A5 |
| | | | | | | ZTE Blade A3 2019 |
| | | | | | | ZTE Blade V10 Vita |
| | | | | | | ZTE Blade Max View |
| | | | | | | ZTE Axon 40 Ultra 5G |
| | | | | | | ZTE Blade V40s |
| | | | | | | ZTE Axon 50 Ultra |
| | | | | | | ZTE Axon 50 Ultra |
| | | | | | | ZTE Axon 30 Ultra Aerospace Edition |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade V7s |
| | | | | | | ZTE Axon 11 4G |
| | | | | | | ZTE Blade 10 Smart |
| | | | | | | ZTE Blade X Max |
| | | | | | | ZTE Nubia Mini 5G |
| | | | | | | ZTE Axon V |
| | | | | | | ZTE Blade Max 3 |
| | | | | | | ZTE Blade L9 |
| | | | | | | ZTE Axon 7 Max |
| | | | | | | ZTE Axon 20 5G Extreme Edition |
| | | | | | | ZTE S30 Pro 5G |
| | | | | | | ZTE Blade V7 Plus |
| | | | | | | ZTE Axon 9 |
| | | | | | | ZTE Axon 11 SE 5G |
| | | | | | | ZTE Axon 40 Pro 5G |
| | | | | | | ZTE Yuanhang 10 |
| | | | | | | ZTE Voyage 20 Pro 5G |
| | | | | | | ZTE A530 |
| | | | | | | ZTE Blade A31 5G |
| | | | | | | ZTE Blade V10 |
| | | | | | | ZTE Blade V2021 5G |
| | | | | | | ZTE Blade A71 |
| | | | | | | ZTE Blade A51 |
| | | | | | | ZTE Axon 30 Pro 5G |
| | | | | | | ZTE Blade X1 5G |
| | | | | | | ZTE Blade V 2020 |
| | | | | | | ZTE Blade V20 |
| | | | | | | ZTE Blade A5 2019 |
| | | | | | | ZTE Blade V9 Vita |
| | | | | | | ZTE Small Fresh 5 |
| | | | | | | ZTE V870 |
| | | | | | | ZTE Axon 7s |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade A4<br>ZTE Blade A3<br>ZTE Blade A7<br>ZTE Blade A9<br>ZTE Axon M<br>ZTE A110<br>ZTE Blade A2 Plus<br>and ZTE Blade V7 Lite |
| 6:20-cv-00494 | 9,185,036 | ZTE ZXR10 5960 Series | ZXR10 5960-32DL 5960-52TM ZXR10 5960-H Series | | ZXR10 5960X Series Switch | 5960-64DL<br>5960-4M-HC<br>5960-32LC-H<br>5960-64DL-H<br>5960-72DL-H<br>5960-72NL-H<br>5960-56QU-HC<br>9916<br>9908<br>9908-S<br>9904-S |
| 6:20-cv-00495 | 9,258,232 | ZTE ZXR10 5960 Series | ZXR10 5900 Series ZXR10 5960-32DL ZXR10 5960-64DL ZXR10 5960-52TM ZXR10 5960-H Series | | ZXR10 5250-H Series | 5960-4M-HC<br>5960-32LC-H<br>5960-64DL-H<br>5960-72DL-H<br>5960-72NL-H<br>5960-56QU-HC<br>9916<br>9908<br>9908-S<br>9904-S |
| 6:20-cv-00496 | 7,742,534 | "charted against ZTE instrumentalities" | ZXSDR BS8700 BS8800 BS8906 ZTE Blade 10 | | | BS8900A<br>BS8900B<br>BS8920<br>ZTE LTE BeamHop Solution |

| | | | ZTE Axon 10 Pro | | | ZTE A8808<br>Voyage 30S 5G<br>Blade V2022 4G<br>Blade V40 Pro<br>Blade A52<br>Blade A72<br>Blade A72 5G<br>Axon 41 Ultra 5G Ultimate Edition<br>Axon 41 Ultra 5G<br>Axlon 41 5G<br>Blade V40 Vita<br>Axon 40 Ultra<br>Axon 40 Pro<br>Voyage 20 Pro<br>Libero 5G II<br>Blade A31 Plus<br>Axon 31 Ultra 5G<br>Axon 31 5G<br>Axon 31 Pro 5G<br>Axon 30 Ultimate Edition<br>Axon 30 5G<br>Blade A31<br>Blade V30 Vita<br>Blade V30<br>Blade A3 Joy<br>Blade A31 Lite<br>Blade A51 Lite<br>Blade A51<br>Blade X1 5G<br>Blade A71<br>Blade 11 Prime<br>Axon 30 Pro |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Axon 30 Ultra<br>S30 SE<br>S30<br>S30 Pro<br>Blade X1<br>Blade V2021 5G<br>Axon 20 5G Extreme Edition<br>Blade 20 Pro 5G<br>Axon 20 4G<br>Blade 20 5G<br>Blade A3Y<br>Blade V2020 5G<br>Axon 20 5G<br>Blade V2020<br>Avid 559<br>Blade A3 Joy<br>Avid 579<br>Avid 589<br>Blade A3 Prime<br>Axon 11 SE<br>a1<br>Axon 11 5G<br>Blade A3 2020<br>Axon 10s Pro 5G<br>Blade A5 2020<br>Blade A7 2020<br>Blade A7 Prime<br>Blade 10 Prime<br>Blade 20 Smart<br>Blade A7s<br>Blade A5<br>Axon 10 Pro<br>Blade A7 Helio P60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Blade A7<br>Blade A3 2019<br>Z557<br>Blade V10 Vita<br>Blade V10<br>Axon 10 Pro 5G<br>Visibile R2<br>Blade A622<br>Blade Max2s<br>Blade Max View<br>Blade X2 Max<br>Blade A7 Vita<br>Blade A4<br>Axon 9 Pro<br>Cymbal U<br>V9<br>A530<br>Small Fresh 5s<br>Blade V8Q<br>ZFive G LTE<br>Blade A6 Max<br>Blade V9 Vita<br>Tempo Go<br>Blade A606<br>Majesty Pro Plus<br>Blade A520C<br>Blade V9<br>Avid 4<br>Fanfare 3<br>Blade A330<br>Overture 3<br>Blade V8C<br>Blade A3 (2017) |

| | | | | | | | Blade X |
|---|---|---|---|---|---|---|---|
| | | | | | | | Axon M |
| | | | | | | | Zpad 8 |
| | | | | | | | Blade Force |
| | | | | | | | Tough Max 2 |
| | | | | | | | Blade Vantage |
| | | | | | | | Prelude+ |
| | | | | | | | Tempo X |
| | | | | | | | Libero 2 |
| | | | | | | | Blade A6 Premium |
| | | | | | | | Blade A6 Lite |
| | | | | | | | Blade A6 |
| | | | | | | | Blade A2S |
| | | | | | | | Maven 3 |
| | | | | | | | Blade A521 |
| | | | | | | | Blade Z Max Z982 |
| | | | | | | | Grand X View 2 |
| | | | | | | | Blade Spark |
| | | | | | | | Small Fresh 5 |
| | | | | | | | V870 |
| | | | | | | | Max Blue LTE |
| | | | | | | | Jasper LTE |
| | | | | | | | Majesty Pro |
| | | | | | | | ZFive 2 LTE |
| | | | | | | | Blade X Max |
| | | | | | | | Max XL |
| | | | | | | | Axon 7S |
| | | | | | | | Avid 916 |
| | | | | | | | Zmax Grand LTE |
| | | | | | | | Blade Max 3 |
| | | | | | | | ZMax Champ |
| | | | | | | | ZFive L LTE |
| | | | | | | | Prestige 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Blade A602 |
| | | | | | | Blade A612 |
| | | | | | | Blade A520 |
| | | | | | | Blade V8 Lite |
| | | | | | | Blade V8 Mini |
| | | | | | | Hawkeye |
| | | | | | | Blade V8 |
| | | | | | | Blade V8 Pro |
| | | | | | | Blade V7 Plus |
| | | | | | | Blade A610 Plus |
| | | | | | | Voyage 4S |
| | | | | | | Blade Velocity |
| | | | | | | Avid Trio |
| | | | | | | Axon 7 Premium |
| | | | | | | A610c |
| | | | | | | Grand X 4 |
| | | | | | | Blade A210 |
| | | | | | | Cymbal-T |
| | | | | | | Axon 7 Max |
| | | | | | | Tempo |
| | | | | | | A112 |
| | | | | | | Blade A2 Plus |
| | | | | | | Warp 7 |
| | | | | | | Blade A512 |
| | | | | | | Citrine LTE |
| | | | | | | Axon 7 mini |
| | | | | | | Blade A462 |
| | | | | | | Maven 2 |
| | | | | | | Zmax Pro |
| | | | | | | Sonata 3 |
| | | | | | | Small Fresh 4 |
| | | | | | | Blade A910 |
| | | | | | | Blade A506 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Blade A515 |
| | | | | | | Max Duo LTE |
| | | | | | | Blade A601 |
| | | | | | | Blade A610 |
| | | | | | | Voyage 4 |
| | | | | | | Blade A310 |
| | | | | | | Blade E01 |
| | | | | | | Blade A2 |
| | | | | | | Blade A510 |
| | | | | | | Axon 7 |
| | | | | | | Grand X Max 2 |
| | | | | | | Imperial Max |
| | | | | | | Blade V7 Max |
| | | | | | | Blade A813 |
| | | | | | | Blade D2 |
| | | | | | | Blade V7 Lite |
| | | | | | | Blade V7 |
| | | | | | | Blade V580 |
| | | | | | | Blade V Plus |
| | | | | | | Blade D Lux |
| | | | | | | Avid Plus |
| | | | | | | Grand X 3 ,Gabb Z2 |
| | | | | | | Chat 4G |
| | | | | | | Voyage 3 |
| | | | | | | Blade A1 |
| | | | | | | Blade A475 |
| | | | | | | Blade A465 |
| | | | | | | Small Fresh 3 |
| | | | | | | Blade A570 |
| | | | | | | Blade X9 |
| | | | | | | Blade X5 |
| | | | | | | Blade X3 |
| | | | | | | Axon Max |

| | | | | | | Axon Mini Premium Edition Prestige |
|---|---|---|---|---|---|---|
| | | | | | | Axon |
| | | | | | | Blade S7 |
| | | | | | | Blade V2 |
| | | | | | | Grand X 2 |
| | | | | | | 3C |
| | | | | | | Axon Mini |
| | | | | | | Blade A452 |
| | | | | | | ZMax 2 |
| | | | | | | Axon Elite |
| | | | | | | Blade V6 |
| | | | | | | Warp Elite |
| | | | | | | Obsidian |
| | | | | | | Blade A410 |
| | | | | | | V3 Youth |
| | | | | | | V3 Energy |
| | | | | | | V3 Extreme Edition |
| | | | | | | Axon Lux |
| | | | | | | Blade D6 |
| | | | | | | Axon Pro |
| | | | | | | Blade A460 |
| | | | | | | Blade Apex3 |
| | | | | | | Maven |
| | | | | | | Blade Q Lux 4G |
| | | | | | | Lever |
| | | | | | | Overture 2 |
| | | | | | | Q519T |
| | | | | | | B880 |
| | | | | | | Blade A476 |
| | | | | | | Fit 4G |
| | | | | | | Blade V2 Lite |
| | | | | | | Blade Q+ |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Blade A450<br>Open L<br>Grand S3<br>Q7-C<br>Q508U<br>Telstra Evolution T80<br>Blade A430<br>Q2S-T<br>Blade S6 Plus<br>Imperial II<br>Blade S6 Lux<br>Blade S6<br>Blade S6 TD-LTE<br>Grand X Max+<br>G720T<br>Grand X Plus<br>ZTE Link II<br>Speed<br>Star 2<br>V5S<br>V5 Max<br>A880<br>Q802D<br>Rapido<br>Q805T<br>ZMax<br>Compel<br>Warp Sync<br>Blade Apex2<br>Blade Vec 4G<br>Grand S Pro<br>Q505T<br>Star 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | V5 Red Bull 8 GB<br>V5 Red Bull 4 GB<br>Q801U<br>Grand Memo II LTE<br>Unico<br>Boost Max<br>Grand S II LTE<br>Grand S Flex<br>Quest 5<br>Warp 4G<br>Grand Memo TD-LTE<br>Vital<br>Imperial<br>Grand Memo<br>Grand S Flex<br>Avid 4G<br>Flash<br>Anthem 4G<br>Blade 10 Unlocked<br>Gabb Z1 and ZTE Base Stations<br>(ZTE iMarco<br>and ZTE ZXSDR BS8920 |
| 6:20-cv-00497 | 7,203,505 | "charted against ZTE instrumentalities" | ZTE Z915<br>ZTE SyncUP DRIVE<br>ZTE Axon 10 Pro<br>ZTE Blade 10 | Axon 30 Ultra | ZTE ZMAX Connect MF928<br>ZTE Z291DL<br>ZTE MF64<br>ZTE Falcon Z917<br>ZTE MF920U<br>ZTE MF920V<br>ZTE MF980<br>ZTE MF79 | ZTE VM6200<br>ZTE ZMAX CONNECT MF928<br>ZTE Falcon Z-917<br>ZTE MF15<br>AT&T Velocity MF923<br>AT&T Velocity 2 MF985<br>MF279) and ZTE Smartphones<br>(e.g. ZTE Axon 10 Pro<br>ZTE Blade 10<br>ZTE Balde 10 Unlocked<br>ZTE Axon 30 Ultra |

| | | | | | Avid 589<br>Axon 30 5G<br>Blade X1 5G<br>Blade 11 Prime<br>Blade A3 Prime<br>Axon 20 5G<br>Blade A3Y<br>Quest 5<br>Avid 559<br>Blade Vantage 2 | ZTE Avid 589<br>ZTE Axon 30 5G<br>ZTE Blade X1 5G<br>ZTE Blade 11 Prime<br>ZTE Blade A3 Prime<br>ZTE Axon 20 5G<br>ZTE Blade A3Y<br>ZTE Quest 5<br>ZTE Avid 559<br>ZTE Blade Vantage<br>ZTE Blade Vantage 2<br>ZTE Voyage 30S 5G<br>ZTE Blade V2022 4G<br>ZTE Blade V40 Pro<br>ZTE Blade A52<br>ZTE Blade A72<br>ZTE Blade A72 5G<br>ZTE Axon 41 Ultra 5G Ultimate Edition<br>ZTE Axon 41 Ultra 5G<br>ZTE Axon 41 5G<br>ZTE Blade V40 Vita<br>ZTE Axon 40 Ultra<br>ZTE Axon 40 Pro<br>ZTE Voyage 20 Pro<br>ZTE Libero 5G II<br>ZTE Blade A31 Plus<br>ZTE Axon 31 Ultra 5G<br>ZTE Axon 31 5G<br>ZTE Axon 31 Pro 5G<br>ZTE Axon 30 Ultimate Edition<br>ZTE Axon 30 5G<br>ZTE Blade A31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade V30 Vita |
| | | | | | | ZTE Blade V30 |
| | | | | | | ZTE Blade A3 Joy |
| | | | | | | ZTE Blade A31 Lite |
| | | | | | | ZTE Blade A51 Lite |
| | | | | | | ZTE Blade A51 |
| | | | | | | ZTE Blade A71 |
| | | | | | | ZTE Blade 11 Prime |
| | | | | | | ZTE Axon 30 Pro |
| | | | | | | ZTE Axon 30 Ultra |
| | | | | | | ZTE S30 SE |
| | | | | | | ZTE S30 |
| | | | | | | ZTE S30 Pro |
| | | | | | | ZTE Blade X1 |
| | | | | | | ZTE Blade V2021 5G |
| | | | | | | ZTE Axon 20 5G Extreme Edition |
| | | | | | | ZTE Blade 20 Pro 5G |
| | | | | | | ZTE Axon 20 4G |
| | | | | | | ZTE Blade 20 5G |
| | | | | | | ZTE Blade A3Y |
| | | | | | | ZTE Blade V2020 5G |
| | | | | | | ZTE Axon 20 5G |
| | | | | | | ZTE Blade V2020 |
| | | | | | | ZTE Avid 579 |
| | | | | | | ZTE Blade A3 Prime |
| | | | | | | ZTE Axon 11 SE |
| | | | | | | ZTE a1 |
| | | | | | | ZTE Axon 11 5G |
| | | | | | | ZTE Blade A3 2020 |
| | | | | | | ZTE Axon 10s Pro 5G |
| | | | | | | ZTE Blade A5 2020 |
| | | | | | | ZTE Blade A7 2020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade A7 Prime |
| | | | | | | ZTE Blade 10 Prime |
| | | | | | | ZTE Blade 20 Smart |
| | | | | | | ZTE Blade A7s |
| | | | | | | ZTE Blade A5 |
| | | | | | | ZTE Blade L130 |
| | | | | | | ZTE Axon 10 Pro |
| | | | | | | ZTE Blade A7 Helio P60 |
| | | | | | | ZTE Blade A7 |
| | | | | | | ZTE Blade L8 |
| | | | | | | ZTE Blade A3 2019 |
| | | | | | | ZTE Z557 |
| | | | | | | ZTE Blade V10 Vita |
| | | | | | | ZTE Blade V10 |
| | | | | | | ZTE Axon 10 Pro 5G |
| | | | | | | ZTE Visible R2 |
| | | | | | | ZTE Blade A622 |
| | | | | | | ZTE Blade Max2s |
| | | | | | | ZTE Blade Max View |
| | | | | | | ZTE Blade X2 Max |
| | | | | | | ZTE Blade A7 Vita |
| | | | | | | ZTE Blade A4 |
| | | | | | | ZTE Axon 9 Pro |
| | | | | | | ZTE V9 |
| | | | | | | ZTE A530 |
| | | | | | | ZTE Small Fresh 5s |
| | | | | | | ZTE Blade V8Q |
| | | | | | | ZTE ZFive G LTE |
| | | | | | | ZTE Blade A6 Max |
| | | | | | | ZTE Blade V9 Vita |
| | | | | | | ZTE Tempo Go |
| | | | | | | ZTE Blade A606 |
| | | | | | | ZTE Majesty Pro Plus |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade A520C |
| | | | | | | ZTE Blade V9 |
| | | | | | | ZTE Avid 4 |
| | | | | | | ZTE Fanfare 3 |
| | | | | | | ZTE Blade A330 |
| | | | | | | ZTE Overture 3 |
| | | | | | | ZTE Blade V8C |
| | | | | | | ZTE Blade A3 (2017) |
| | | | | | | ZTE Blade X |
| | | | | | | ZTE Axon M |
| | | | | | | ZTE Zpad 8 |
| | | | | | | ZTE Blade Force |
| | | | | | | ZTE Tough Max 2 |
| | | | | | | ZTE Blade Vantage |
| | | | | | | ZTE Prelude+ |
| | | | | | | ZTE Tempo X |
| | | | | | | ZTE Libero 2 |
| | | | | | | ZTE Blade A6 Premium |
| | | | | | | ZTE Blade A6 Lite |
| | | | | | | ZTE Blade A6 |
| | | | | | | ZTE Blade A2S |
| | | | | | | ZTE Maven 3 |
| | | | | | | ZTE Blade A521 |
| | | | | | | ZTE Blade Z Max Z982 |
| | | | | | | ZTE Grand X View 2 |
| | | | | | | ZTE Blade Spark |
| | | | | | | ZTE Small Fresh 5 |
| | | | | | | ZTE V870 |
| | | | | | | ZTE Max Blue LTE |
| | | | | | | ZTE Blade L7 |
| | | | | | | ZTE Jasper LTE |
| | | | | | | ZTE Majesty Pro |
| | | | | | | ZTE ZFive 2 LTE |

| | | | | | | ZTE Blade X Max |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade X |
| | | | | | | ZTE Max XL |
| | | | | | | ZTE Axon 7S |
| | | | | | | ZTE Avid 916 |
| | | | | | | ZTE Zmax Grand LTE |
| | | | | | | ZTE Blade Max 3 |
| | | | | | | ZTE ZMax Champ |
| | | | | | | ZTE Zfive L LTE |
| | | | | | | ZTE Prestige 2 |
| | | | | | | ZTE Blade A602 |
| | | | | | | ZTE Blade A612 |
| | | | | | | ZTE Blade A520 |
| | | | | | | ZTE Blade V8 Lite |
| | | | | | | ZTE Blade V8 Mini |
| | | | | | | ZTE Hawkeye |
| | | | | | | ZTE Blade V8 |
| | | | | | | ZTE Blade V8 Pro |
| | | | | | | ZTE Blade V7 Plus |
| | | | | | | ZTE Blade A610 Plus |
| | | | | | | ZTE Voyage 4S |
| | | | | | | ZTE Blade Velocity |
| | | | | | | ZTE Avid Trio |
| | | | | | | ZTE Axon 7 Premium |
| | | | | | | ZTE A610c |
| | | | | | | ZTE Grand X 4 |
| | | | | | | ZTE Blade A210 |
| | | | | | | ZTE Cymbal-T |
| | | | | | | ZTE Axon 7 Max |
| | | | | | | ZTE Tempo |
| | | | | | | ZTE A112 |
| | | | | | | ZTE Blade A2 Plus |
| | | | | | | ZTE Warp 7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade A512 |
| | | | | | | ZTE Citrine LTE |
| | | | | | | ZTE Axon 7 mini |
| | | | | | | ZTE Blade A462 |
| | | | | | | ZTE Maven 2 |
| | | | | | | ZTE Zmax Pro |
| | | | | | | ZTE Sonata 3 |
| | | | | | | ZTE Small Fresh 4 |
| | | | | | | ZTE Blade A910 |
| | | | | | | ZTE Blade A506 |
| | | | | | | ZTE Blade A515 |
| | | | | | | ZTE Max Duo LTE |
| | | | | | | ZTE blade A601 |
| | | | | | | ZTE Blade L110 |
| | | | | | | ZTE blade A610 |
| | | | | | | ZTE Voyage 4 |
| | | | | | | ZTE blade A310 |
| | | | | | | ZTE Blade E01 |
| | | | | | | ZTE Blade A2 |
| | | | | | | ZTE Blade A510 |
| | | | | | | ZTE Axon 7 |
| | | | | | | ZTE Grand X Max 2 |
| | | | | | | ZTE Imperial Max |
| | | | | | | ZTE Blade V7 Max |
| | | | | | | ZTE Blade A813 |
| | | | | | | ZTE Blade D2 |
| | | | | | | ZTE Blade V7 Lite |
| | | | | | | ZTE Blade V7 |
| | | | | | | ZTE Blade L5 |
| | | | | | | ZTE Blade L5 Plus |
| | | | | | | ZTE Blade L6 |
| | | | | | | ZTE Blade V580 |
| | | | | | | ZTE Blade V Plus |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade D Lux |
| | | | | | | ZTE Avid Plus |
| | | | | | | ZTE Grand X 3 |
| | | | | | | ZTE Chat 4G |
| | | | | | | ZTE Voyage 3 |
| | | | | | | ZTE Blade A1 |
| | | | | | | ZTE Blade A475 |
| | | | | | | ZTE Blade A465 |
| | | | | | | ZTE Small Fresh 3 |
| | | | | | | ZTE Blade A570 |
| | | | | | | ZTE Blade X9 |
| | | | | | | ZTE Blade X5 |
| | | | | | | ZTE Blade X3 |
| | | | | | | ZTE Axon Max |
| | | | | | | ZTE Axon Mini Premium Edition |
| | | | | | | ZTE Prestige |
| | | | | | | ZTE Axon |
| | | | | | | ZTE Blade S7 |
| | | | | | | ZTE Blade V2 |
| | | | | | | ZTE Grand X 2 |
| | | | | | | ZTE 3C |
| | | | | | | ZTE Axon Mini |
| | | | | | | ZTE Atrium |
| | | | | | | ZTE Blade A452 |
| | | | | | | ZTE Zmax 2 |
| | | | | | | ZTE Axon Elite |
| | | | | | | ZTE Blade V6 |
| | | | | | | ZTE Blade AF3 |
| | | | | | | ZTE Warp Elite |
| | | | | | | ZTE Obsidian |
| | | | | | | ZTE Blade A410 |
| | | | | | | ZTE V3 Youth |
| | | | | | | ZTE V3 Energy |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE V3 Extreme Edition |
| | | | | | | ZTE Axon Lux |
| | | | | | | ZTE Blade D6 |
| | | | | | | ZTE Axon Pro |
| | | | | | | ZTE Blade A460 |
| | | | | | | ZTE Blade Apex3 |
| | | | | | | ZTE Maven |
| | | | | | | ZTE Sonata 2 |
| | | | | | | ZTE Blade Q Lux 4G |
| | | | | | | ZTE Lever |
| | | | | | | ZTE Overture 2 |
| | | | | | | ZTE Q519T |
| | | | | | | ZTE Fanfare |
| | | | | | | ZTE Zephyr |
| | | | | | | ZTE Paragon |
| | | | | | | ZTE B880 |
| | | | | | | ZTE Blade A476 |
| | | | | | | ZTE Blade L3 Plus |
| | | | | | | ZTE Fit 4G |
| | | | | | | ZTE Blade V2 Lite |
| | | | | | | ZTE Blade Q+ |
| | | | | | | ZTE Blade A450 |
| | | | | | | ZTE Open L |
| | | | | | | ZTE Grand S3 |
| | | | | | | ZTE Q7-C |
| | | | | | | ZTE Blade L3 |
| | | | | | | ZTE Blade G V815W |
| | | | | | | ZTE Q508U |
| | | | | | | ZTE Telstra Evolution T80 |
| | | | | | | ZTE Blade A430 |
| | | | | | | ZTE Q2S-T |
| | | | | | | ZTE Blade S6 Plus |
| | | | | | | ZTE Imperial II |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade S6 Lux |
| | | | | | | ZTE Blade S6 |
| | | | | | | ZTE Blade S6 TD-LTE |
| | | | | | | ZTE Grand X Max+ |
| | | | | | | ZTE G720T |
| | | | | | | ZTE Grand X Plus |
| | | | | | | ZTE Speed |
| | | | | | | ZTE Star 2 |
| | | | | | | ZTE Grand S II CDMA |
| | | | | | | ZTE Prelude 2 |
| | | | | | | ZTE Blade Vec Pro |
| | | | | | | ZTE Zinger |
| | | | | | | ZTE V5S |
| | | | | | | ZTE V5 Max |
| | | | | | | ZTE A880 |
| | | | | | | ZTE Q802D |
| | | | | | | ZTE Grand X Max |
| | | | | | | ZTE Rapido |
| | | | | | | ZTE Q805T |
| | | | | | | ZTE Zmax |
| | | | | | | ZTE Blade Vec 3G |
| | | | | | | ZTE Blade G Lux |
| | | | | | | ZTE Compel |
| | | | | | | ZTE Warp Sync |
| | | | | | | ZTE Kis 3 Max |
| | | | | | | ZTE Grand X 2777 |
| | | | | | | ZTE Prelude |
| | | | | | | ZTE Blade Apex2 |
| | | | | | | ZTE Blade Vec 4G |
| | | | | | | ZTE Grand S Pro |
| | | | | | | ZTE Q505T |
| | | | | | | ZTE Kis 3 |
| | | | | | | ZTE Concord II |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Star 1 |
| | | | | | | ZTE V5 Red Bull 8 GB |
| | | | | | | ZTE V5 Red Bull 4 GB |
| | | | | | | ZTE Q801U |
| | | | | | | ZTE Blade L2 |
| | | | | | | ZTE Grand Memo II LTE |
| | | | | | | ZTE Open C |
| | | | | | | ZTE Open II |
| | | | | | | ZTE Unico |
| | | | | | | ZTE Optik 2 |
| | | | | | | ZTE Boost Max |
| | | | | | | ZTE Sonata 4G |
| | | | | | | ZTE Grand S II Dual |
| | | | | | | ZTE Grand S II TD |
| | | | | | | ZTE Grand S II LTE |
| | | | | | | ZTE Solar |
| | | | | | | ZTE Grand S Flex |
| | | | | | | ZTE Blade Q Maxi |
| | | | | | | ZTE Blade Q |
| | | | | | | ZTE Balde Q Mini |
| | | | | | | ZTE U809 |
| | | | | | | ZTE Warp 4G |
| | | | | | | ZTE Blade V |
| | | | | | | ZTE Grand Memo TD-LTE |
| | | | | | | ZTE Grand X Quad |
| | | | | | | ZTE Vital |
| | | | | | | ZTE Imperial |
| | | | | | | ZTE Geek |
| | | | | | | ZTE Geek U988S |
| | | | | | | ZTE Blade III Pro |
| | | | | | | ZTE Director |
| | | | | | | ZTE Blade G |
| | | | | | | ZTE Grand X Pro |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Open |
| | | | | | | ZTE Grand Memo |
| | | | | | | ZTE Blade C |
| | | | | | | ZTE Grand S Flex |
| | | | | | | ZTE Avid 4G |
| | | | | | | ZTE V889M |
| | | | | | | ZTE V790 |
| | | | | | | ZTE V887 |
| | | | | | | ZTE Flash |
| | | | | | | ZTE Groove |
| | | | | | | ZTE Grand Era |
| | | | | | | ZTE Anthem 4G |
| | | | | | | ZTE Link II |
| | | | | | | ZTE Cymbal U |
| | | | | | | ZTE Blade T2 |
| | | | | | | ZTE Gabb Z1 |
| | | | | | | ZTE Gabb Z2 |
| | | | | | | ZTE Grand X4 |
| | | | | | | ZTE Nubia M2 |
| | | | | | | ZTE Nubia M2 Play |
| | | | | | | ZTE Nubia Z17 Lite |
| | | | | | | ZTE Nubia Z17 mini |
| | | | | | | ZTE Nubia Z17 miniS |
| | | | | | | ZTE A880 |
| | | | | | | ZTE Axon 30 Pro 5G |
| | | | | | | ZTE Axon 30 Ultra 5G |
| | | | | | | ZTE Axon 40 Pro |
| | | | | | | ZTE Axon 40 Ultra |
| | | | | | | ZTE Blade 20 5G |
| | | | | | | ZTE Blade A31 |
| | | | | | | ZTE Blade A3Y |
| | | | | | | ZTE Blade A430 |
| | | | | | | ZTE Blade A52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ZTE Blade A72<br>ZTE Blade A7s 2020<br>ZTE Blade APEX2 4G<br>ZTE Blade Buzz<br>ZTE Blade c2 Plus<br>ZTE Blade G Lux<br>ZTE Blade L9<br>ZTE Blade V40 5G<br>ZTE Nubia Z7<br>ZTE Nubia Z7 Max<br>ZTE Nubia Z7 Mini<br>ZTE Speed 4G LTE<br>ZTE V5 Lux<br>and ZTE Z667 |